**Entered on Docket
September 16, 2010**

_____
                          **Hon. Bruce A. Markell
                      United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

HSBC Bank USA, National Association, as Trustee for WFHET 2006-2.
10-72952

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Bk Case No.: 10-23681-bam |
| Rafael Carranza | Date: 9/7/10<br>Time: 1:30pm |
| | Chapter 7 |
| Debtor. | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor HSBC Bank USA, National Association. as Trustee for WFHET 2006-2., its assignees and/or successors in interest. of the subject property, generally described as 2640 La Mata Street, Las Vegas. NV 89108.

Submitted by:

WILDE & ASSOCIATES

By: _____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Eric Palacios
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Yvette Weinstein
Chapter 7 Trustee

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirements set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

__x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each property and whether the party has approved, disapproved, or failed to respond to the document]:

__x_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel:
____ approved the form of this order        ____ disapproved the form of this order
____ waived the right to review the order and/or   __x__ failed to respond to the document
____ appeared at the hearing, waived the right to review the order
____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
____ approved the form of this order        ____ disapproved the form of this order
____ waived the right to review the order and/or   __x__ failed to respond to the document

____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
____ approved the form of this order        ____ disapproved the form of this order
____ waived the right to review the order and/or   ____ failed to respond to the document
____ appeared at the hearing, waived the right to review the order
____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
____ approved the form of this order        ____ disapproved the form of this order
____ waived the right to review the order and/or   ____ failed to respond to the document

____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor